publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

25. Plaintiff's evidence establishes that Defendant is a habitual and persistent BitTorrent user and copyright infringer.

## Miscellaneous

26. All conditions precedent to bringing this action have occurred or been waived.

27. Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

## COUNT I
## Direct Infringement Against Defendant

28. The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29. Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30. By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31. Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

32. As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A) Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B) Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C) Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the

works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)  Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33.  Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)  Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B)  Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)  Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D)  Award Plaintiff statutory damages per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E)  Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)  Grant Plaintiff any other and further relief this Court deems just and proper.

6

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By: _____

Jacqueline M. James, Esq. (1845)
The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

File Hashes for IP Address 108.46.26.15

**ISP:** Verizon FiOS
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/01/2014 05:21:39 | 48B418771A04AAACE4BCD42C13972FDD4F3920B9 | All Oiled Up |
| 09/29/2014 03:20:40 | 32FC59A15B8A0E00D0B3F4433568EE5D7E1FDA72 | Sparks |
| 09/26/2014 04:05:40 | C0B193093F20C427BC9A3FDE6136381BE1A87B9E | Rock Me Baby |
| 09/26/2014 04:04:47 | 078E88F6677A1C62F9F7BA6E346C9012B64D8B93 | Perfect Timing |
| 09/18/2014 05:05:35 | 21CC9225044A02142E826FC86ACA140656096495 | Shes A Spinner |
| 09/14/2014 06:13:38 | E19608A380119EB41279BC3EC49D1392EE3658EC | Come Close |
| 09/14/2014 06:06:56 | EB8A122A70175A1A120519959FA3AE7D8522D5FC | Meet Me in Madrid |
| 09/14/2014 05:49:41 | D6BA60E14052BB9AF9EBF76987738E29B9B24BDA | Feeling Frisky |
| 09/11/2014 08:12:48 | 0FF626A25C6D273A4CCA0268C594825EE159913B | Go Down On Me |
| 09/11/2014 07:09:38 | 3CA99A2813FCF9C8901792B85B581D457E328814 | Anneli Leila Menage A Trois |
| 08/31/2014 02:29:22 | FD39C1A5177281CC4B073C3BD31D5F4C752FA2ED | Many Shades of Grey |
| 08/27/2014 03:26:24 | FEA716E38C8642A245E4EB7CDE9AA67ECC2865DA | Pretty Bad Girl |
| 08/14/2014 02:48:36 | 23999DB5EF5D40B73E936402C11E05754FC6C625 | Wake Me Up Like This |
| 07/17/2014 05:25:28 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 07/09/2014 05:55:49 | B9D3355ED996013B2B4E3BE5EA4600F6561F93A8 | Tie Her Up For Me |
| 07/01/2014 05:18:26 | D6B480CF85D6849D39E59EA8D68DB70B28F2FAE4 | Drinks For Two |
| 06/21/2014 05:46:48 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 06/17/2014 04:18:26 | D51A34DF11B9480081D9B13C142CCA326357D0BE | Enjoy My Backdoor |
| 06/09/2014 09:08:58 | FF5D96473B2158BB2A6D3AEA6C16E7DD61D46311 | Dancing Romance |
| 06/06/2014 20:49:06 | BDC50EF4270640FF7D61551C16CDB17D97A472E2 | Just Watch Part 2 |
| 05/19/2014 05:11:42 | 3E4968CC6071DC42C22F6E24DDD4532F02D1B59E | Zeppelin on Fire |
| 05/13/2014 05:10:49 | 0D58932E6D94584369F96A44312102A094D67BB1 | Waterfall Emotions |

EXHIBIT A

SNY9