| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/08/2014 04:20:57 | CE41D8EC106EDF876C0E0AE359758B80B86A8158 | A Hot Number |
| 04/28/2014 04:57:55 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 04/25/2014 05:26:15 | F00C547FC6AB6E315D62FD07C914C62765B08F2F | Double Tease |
| 03/30/2014 19:36:59 | DA8358FCD61944451A9B528B5A75A5F96393A599 | Morning Meditation |
| 03/30/2014 19:31:36 | 146F3034CA5195A381E736560B9AE262DB40432C | Just the Three of Us |
| 03/12/2014 00:32:37 | 5D175263E523F5532A4172D532D4FAB04F23B5CD | Double Daydreams |
| 02/01/2014 03:50:25 | 421637CD6834F1868AD0E05637B5017137FCFB6E | So Young |
| 01/20/2014 04:05:52 | 0ABF52520BBF47666CCE3008F173E5B9F5D10B34 | Mile High Club |
| 01/10/2014 06:41:30 | 09D37F2D59624D7CDA5D62C54BD67A403D217820 | In for the Night |
| 01/07/2014 05:40:25 | EC853A17F815F3649D54C835563A5FFF180A774F | Transcendence |
| 01/07/2014 05:15:12 | 5CD241E1AC52829CD6B1556900B7CD78512858DC | Apertif Our Style |
| 01/07/2014 04:54:46 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 01/02/2014 05:28:53 | 1D3D32BAD8F5F90A9B5F3E8ECAC1B74647762788 | Unveiling Part #2 |
| 01/02/2014 05:14:27 | 180669EEA56DBF08761A7EC2939B70D107A31D4D | First Love |
| 01/02/2014 05:00:54 | EA9FA5106CFE7867FF61599D56FDEB6CD8E02765 | Underwater Lover |
| 01/02/2014 04:58:34 | 73132C6D4BED5051313B4FA12920ACA7B563D7C7 | Almost Famous |
| 12/14/2013 04:47:53 | 82B40194B9F199C779C0C6A4FF168D03FB7A419B | First and Forever |
| 12/14/2013 04:36:54 | FADCB627414AC933AB5B3138E53EC1DDA914C9AA | Lying Around |
| 11/09/2013 05:34:52 | D248597ADF277FC198F59A63C3B53E32D9E9FA2E | Lovers at Home |
| 10/26/2013 02:42:16 | E6493B206BC5A39991A7B91392D512DAEE3D4907 | Apartment in Madrid |
| 10/06/2013 03:07:28 | 5D9636E7F0A81BABE0418F6FE3490388616B20EE | Sneaking In |

**Total Statutory Claims Against Defendant: 43**

Copyrights-In-Suit for IP Address 108.46.26.15

**ISP:** Verizon FiOS
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 05/08/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 10/01/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 01/02/2014 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 09/11/2014 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 10/26/2013 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 01/07/2014 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 09/14/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/09/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 03/12/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/25/2014 |
| Drinks For Two | PA0001905512 | 06/25/2014 | 07/02/2014 | 07/01/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 06/17/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 09/14/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 12/14/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 01/02/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 07/17/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 09/11/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 06/21/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/10/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/30/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 06/06/2014 |

EXHIBIT B

SNY9

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 11/09/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 12/14/2013 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 08/31/2014 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 09/14/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/20/2014 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/30/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/07/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 09/26/2014 |
| Pretty Bad Girl | PA0001909504 | 08/14/2014 | 08/26/2014 | 08/27/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 09/26/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/18/2014 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 10/06/2013 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 02/01/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/29/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/28/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/09/2014 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 01/07/2014 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 01/02/2014 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 01/02/2014 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 08/14/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 05/13/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 05/19/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 43**

EXHIBIT B

SNY9